FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
<u>ACCORDANCE WITH RULE 221, Pa.R.D.E.</u>

<u>New</u>

664 - Bank United, NA
665 - Pinnacle Bank
666 - Northern Trust Co.

<u>Name Change</u>

74 – Lafayette Bank – Change to 58 - Fulton Bank
614 – Monument Bank – Change to 238 – Citizens & Northern Bank
397 – Beneficial Bank – Change to 630 WSFS (Wilmington Savings Fund Society)

<u>Platinum Leader Change</u>

664 – Bank United, NA - Add

<u>Correction</u>

<u>Removal</u>

Submitted:   October 2019